UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FARRIS WEEKS,

        Plaintiff,

                                         Case No. 20-cv-0836-bhl

  v.

CREDIT ONE BANK, et al.,

        Defendants.

---

## ORDER

---

      Defendant CNG Financial Corporation filed a Motion to Dismiss Claim and Compel Arbitration on July 21, 2020 (ECF No. 16). On September 29, 2020, the parties filed a Stipulation to Stay Proceedings and Compel Arbitration (ECF No. 49).

      At a status conference held on October 30, 2020, plaintiff's counsel confirmed that plaintiff does not challenge any of the defendants' arbitration clauses and agreed to the entry of orders dismissing the claims against those defendants in favor of arbitration. Accordingly,

      IT IS HEREBY ORDERED that Defendant CNG Financial Corporation is dismissed from this action without prejudice and without costs, to allow the parties to arbitrate.

      Dated at Milwaukee, Wisconsin this 2nd day of November, 2020.

                                                                  s/ Brett H. Ludwig
                                                                  BRETT H. LUDWIG
                                                                  United States District Judge