UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FARRIS WEEKS,

        Plaintiff,

                                          Case No. 20-cv-0836-bhl

    v.

CREDIT ONE BANK, et al.,

        Defendants.

---

## ORDER

---

      Defendant Rise Financial, LLC d/b/a RISE filed a Motion to Compel Arbitration and to Dismiss the Lawsuit or, in the alternative, to Stay the Proceedings on July 21, 2020 (ECF No. 20). On October 30, 2020, the parties filed a Stipulation to Dismiss Rise Financial, LLC d/b/a RISE without prejudice (ECF No. 57).

      At a status conference held on October 30, 2020, plaintiff's counsel confirmed that plaintiff does not challenge any of the defendants' arbitration clauses and agreed to the entry of orders dismissing the claims against those defendants in favor of arbitration. Accordingly,

      IT IS HEREBY ORDERED that Defendant Rise Financial, LLC, d/b/a RISE is dismissed from this action without prejudice and without costs, to allow the parties to arbitrate.

      Dated at Milwaukee, Wisconsin this 2nd day of November, 2020.

                                                                 s/ Brett H. Ludwig
                                                                 BRETT H. LUDWIG
                                                                 United States District Judge